Edward Gartenberg (State Bar No. 102693)
Kristin Sciarra (State Bar No. 236247)
Gartenberg Gelfand Wasson & Selden LLP
801 South Figueroa Street, Suite 2170
Los Angeles, California 90017
Telephone: (213) 542-2100
egartenberg@ggwslaw.com; ksciarra@ggwslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARISTA RECORDS, LLC, et al.<br>PLAINTIFF(S)<br>v.<br>MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC., et al.<br>DEFENDANT(S). | CASE NUMBER<br>CV 08-03935 GAF(JCx)<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
|---|---|

**The following information must be provided:**

I, _____KRISTIN SCIARRA_____, _____236247_____, _____ksciarra@ggwslaw.com_____
               Name                         CA Bar ID Number                 E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
    MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
                    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☑ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on __OCTOBER 28, 2009__
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

    Attorney Name _____ CA State Bar Number _____
    Firm/Government Agency Name _____
    Address: _____
    Telephone Number _____ Facsimile Number _____
    New E-mail address _____

☐    TO BE REMOVED FROM THE CASE: **
     ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled
          cause of action.
CHECK ONE BOX
     ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

     ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who
          are counsel of record in this case.

     ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing
          the above-named party in this action. There is/are attorney(s) from my former firm/government
          agency who are currently counsel of record in this case.

     **This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures
     please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER,
     *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency
     MUST continue to represent and receive service for the parties indicated above in this action.

Date: __FEBRUARY 22, 2010__        _Kustin Sua_____
                                   *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.