Edward Gartenberg (State Bar No. 102693)
Kristin Sciarra (State Bar No. 236247)
GARTENBERG GELFAND WASSON & SELDEN LLP
801 South Figueroa Street, Suite 2170
Los Angeles, California 90017
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
Email: egartenberg@ggwslaw.com
        ksciarra@ggwslaw.com

Attorneys for Defendant
MYXER, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC. *et al.*,<br><br>Defendants. | Case No.: CV 08-03935 GAF(JCx)<br><br>Judge: Hon. Gary A. Feess, Dept. 740<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 801 South Figueroa Street, Los Angeles, CA 90017.

On February 23, 2010, I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on all interested parties to this action addressed as stated on the attached service list.

**SEE ATTACHED SERVICE LIST**

| ( ) BY MAIL<br>I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit. | (X) BY ELECTRONIC TRANSMISSION<br>I caused said PDF document(s) to be transmitted by electronic mail to the name(s) and e-mail address(es) of the person(s) set forth on the attached service list. A true and correct copy of the confirmation of receipt of email in attached hereto. |
| --- | --- |
| ( ) BY OVERNIGHT DELIVERY<br>Said document was placed in an envelope designated by the express service center and placed for collection in a box regularly maintained by said carrier with whom we have a direct billing account, to be delivered to the office of the addressee listed above on the next business day. | ( ) BY PERSONAL DELIVERY<br>I caused personal service of the above-referenced document by requesting that an agent or employee of First Legal Support Services deliver to the office of the recipient named above, either by handing the document(s) to the recipient, or by leaving the document(s) with the receptionist or other person apparently in charge of the recipient's office. |

(X)   FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

(X)   EXECUTED on February 23, 2010 at Los Angeles, California.

Bridget N. Masilon

*/s/ Bridget N. Masilon*
Signature

GARTENBERG
GELFAND
WASSON &
SELDEN LLP

-2-

23016_1

CERTIFICATE OF SERVICE

**SERVICE LIST**

**Via Electronic Mail Only**
Jeffrey D. Goldman, Esq.
Karen R. Thorland, Esq.
Robert J. Catalano, Esq.
Anne W. Braveman, Esq.
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067-4120
jgoldman@loeb.com
kthorland@loeb.com
rcatalano@loeb.com
abraveman@loeb.com

**Via Electronic Mail Only**
Robert H. Horn
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
rhorn@proskauer.com

**Via Electronic Mail Only**
Lee Lauridsen
Sprint – Law Department, Litigation
Mailstop: KSOPHN0304-3B503
6450 Sprint Parkway
Overland Park, KS 66251
leelauridsen@sprint.com

**Via Electronic Mail Only**
Michael S. Elkin
Tomas P. Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Email: melkin@winston.com
Email: tlane@winston.com

**Via Electronic Mail Only**
Alexander H. Cote
Jeffrey Darnell
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
acote@obsklaw.com
jdarnell@scheperkim.com

**Via Electronic Mail Only**
Mark I. Melo
Bradley & Gmelich
535 N. Brand Blvd., 9th Floor
Glendale, CA 91203-1422
mmelo@bglawyers.com

**Via Electronic Mail Only**
Erin Ranahan
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750
Email: eranahan@winston.com