JEFFER, MANGELS, BUTLER & MARMARO
JEFFREY D. GOLDMAN (Bar No. 155589)
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 203-8080
(310) 203-0567
jgoldman@jmbm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ARISTA RECORDS LLC, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 08-03935 |
| v. | |
| MYXER INC., et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

UMG RECORDINGS, INC.      ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of <u>Jeffrey D. Goldman, Jeffer Mangels Butler & Marmaro LLP</u>
*New Attorney*

as attorney of record in place and stead of <u>Jeffrey D. Goldman, Loeb & Loeb LLP</u>
*Present Attorney*

Dated March 5, 2010

X _____
*Signature of Party/Authorized Representative of Party*
UMG Recordings, Inc.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated March 11, 2010

_____
*Signature of Present Attorney*
Jeffrey D. Goldman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated March 11, 2010

_____
*Signature of New Attorney*
Jeffrey D. Goldman
155589
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)      REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY      American LegalNet, Inc.
www.USCourtForms.com