JEFFER MANGELS BUTLER & MARMARO
JEFFREY D. GOLDMAN (Bar No. 155589)
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 203-8080
(310) 203-0567
jgoldman@jmbm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARISTA RECORDS LLC, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 08-03935 |
| v. | |
| MYXER INC., et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

UMG RECORDINGS, INC.    ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute  Jeffrey D. Goldman _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Jeffer Mangels Butler & Marmarmo LLP, 1900 Avenue of the Stars, 7th Floor
*Street Address*

Los Angeles, CA 90067                         jgoldman@jmbm.com
*City, State, Zip*                             *E-Mail Address*

(310) 203-8080                (310) 203-0567                15589
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record in place and stead of Jeffrey D. Goldman, Loeb & Loeb LLP
                                            *Present Attorney*

**is hereby**   ☐ **GRANTED**    ☐ **DENIED**


Dated _____    _____
                                U. S. District Judge/U.S. Magistrate Judge


**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.