Edward Gartenberg (State Bar No. 102693)
Kristin Sciarra (State Bar No. 236247)
GARTENBERG GELFAND WASSON & SELDEN LLP
801 South Figueroa Street, Suite 2170
Los Angeles, California 90017
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
Email:   egartenberg@ggwslaw.com
         ksciarra@ggwslaw.com

Attorneys for Defendant and Movant
MYXER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC. *et al.*,<br><br>Defendants. | Case No.: CV 08-03935 GAF(JCx)<br><br>**DEFENDANT MYXER'S NOTICE OF MOTION AND MOTION FOR AN *IN CAMERA* REVIEW OF DOCUMENTS IDENTIFIED IN VERIZON'S PRIVILEGE LOG**<br><br>Date: April 27, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. Jacqueline Chooljian<br>Courtroom: 20 – 3rd Floor of Spring Street Courthouse<br>Trial date: None currently set |

-1-                                                                                              23619

DEFENDANT MYXER, INC.'S NOTICE OF MOTION AND MOTION TO FOR AN *IN CAMERA* REVIEW OF
VERIZON'S ALLEGEDLY PRIVILEGED DOCUMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 27, 2010 at 9:30 a.m., or as soon thereafter that is convenient for the Court, before the Honorable Judge Jacqueline Chooljian, Defendant Myxer, Inc. ("Defendant" or "Myxer"), will move for an order allowing an *in camera* review of documents identified non-party Verizon Wireless Telecom's ("Verizon") privilege log entries 21, 22 and 23.

Myxer has established that an *in camera* review is appropriate and could reveal non-privileged information.

Based upon a review of the documents at issue, Myxer's counsel disagrees that the documents identified in privilege log entries 21, 22 and 23 are protected by the attorney-client or work product privileges because they do not satisfy the requisite legal standards to establish either privilege. Accordingly, Myxer respectfully requests that the Court conduct an *in camera* inspection of the documents at issue, and if the Court agrees with Myxer that the documents are not privileged, order that such documents be promptly produced.

Dated: March 25, 2010    GARTENBERG GELFAND WASSON &
SELDEN LLP

By: /s/ Edward Gartenberg
Edward Gartenberg
Kristin Sciarra
Attorneys for Defendant MYXER INC.

GARTENBERG
GELFAND
WASSON &
SELDEN LLP

-2-                                        23407
DEFENDANT MYXER, INC.'S NOTICE OF MOTION AND MOTION TO FOR AN *IN CAMERA* REVIEW OF VERIZON'S ALLEGEDLY PRIVILEGED DOCUMENT