Donald A. Miller (SBN 228753)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
PH: 310-282-2000
FAX: 310-282-2200
dmiller@loeb.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARISTA RECORDS LLC, ET AL., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:08-CV-03935-GAF (JCx) |
| v. | |
| MYXER INC., ET AL. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, __DONALD A. MILLER__, __228753__, __dmiller@loeb.com__
    Name      CA Bar ID Number      E-mail Address

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Arista Records LLC; BMG Music (now known as Arista Music); LaFace Records LLC; Sony BMG Music Entertaiment (now known as SonyMusic Entertainment); UMG Recordings, Inc.; and Zomba Recording LLC

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

    ☒ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☒ The order relieving me/the aforementioned attorney from my firm was filed on: 3/15/10 and 4/27/10.

    ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: May 7, 2010              /s/ DONALD A. MILLER
                               *Signature of Attorney of Record / Attorney for the Firm*
                               DONALD A. MILLER

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**