Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Defendants
MYXER INC., MICHAEL "MYK" WILLIS,
SCOTT KINNEAR AND RON HARRIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company, *et al.* | Case No. CV 08-03935 GAF (JCx) |
| Plaintiffs, | **STIPULATION OF DISMISSAL OF ALL CLAIMS OF THE SONY PLAINTIFFS WITH PREJUDICE** |
| v. | |
| MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC., *et al.*, | **FED. R. CIV. P. 41(a)(1)** |
| Defendants. | |

---

STIPULATION OF DISMISSAL OF ALL CLAIMS OF THE SONY PLAINTIFFS, WITH PREJUDICE
NY:1288650.1

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for plaintiffs, on the one hand, and the undersigned counsel for defendants Myxer Inc. f/k/a mVisible Technologies, Inc., Michael "Myk" Willis, Scott Kinnear and Ron Harris ("Defendants"), on the other hand, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Arista Records LLC, BMG Music, LaFace Records LLC, Sony BMG Music Entertainment, and Zomba Recordings LLC (the "Sony Plaintiffs") dismiss all claims in this action against Defendants with prejudice, without costs or attorneys' fees to any of the Sony Plaintiffs and/or Defendants, and with none of the Sony Plaintiffs and/or Defendants as a prevailing party.

Dated: May 17, 2010

**JEFFER, MANGELS, BUTLER & MARMARO LLP**
JEFFREY D. GOLDMAN

By: /s/ Jeffrey D. Goldman
Jeffrey D. Goldman
Attorneys for Plaintiffs

Dated: May 17, 2010

**WINSTON & STRAWN LLP**
MICHAEL S. ELKIN
THOMAS P. LANE
ERIN R. RANAHAN

By: /s/ Erin Ranahan
Erin R. Ranahan
Attorneys for Defendants