LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3935 GAF (VBKx) | Date | June 18, 2010 |
|---|---|---|---|
| Title | Arista Records LLC et al v. Myxer Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**       (In Chambers)

## CASE MANAGEMENT ORDER

The Court's review of the docket indicates that the parties do not appear to have taken any further steps to litigate this matter to a conclusion. The parties are hereby **ORDERED** to meet and confer, and file a joint proposed schedule that (1) will provide for a trial date within 120 days, and (2) provide deadlines for any supplemental briefing regarding motions presently pending before the Court. The schedule should not include any period for further discovery as the discovery cut-off has passed and will not be extended any further.

The parties' proposed schedule must be filed no later than **Tuesday, July 6, 2010**.

**IT IS SO ORDERED.**