JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY D. GOLDMAN (Bar No. 155589),
JGoldman@jmbm.com
RYAN S. MAUCK (Bar No. 223173),
RMauck@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567

Attorneys for Plaintiff UMG Recordings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC., et al.<br><br>Defendants. | CASE NO.  CV 08-03935 GAF (JCx)<br><br>The Honorable Gary A. Feess<br><br>**JOINT STIPULATION RE: AMENDED [PROPOSED] SCHEDULE** |

Plaintiff UMG Recordings, Inc. ("Plaintiff") and Defendants Myxer, Inc., f/k/a mVisible Technologies, Inc., Michael "Myk" Willis, Scott Kinnear and Ron Harris (collectively, "Defendants"), by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, the parties previously submitted on July 6, 2010 a joint stipulation proposing a schedule for litigation of this matter, and proposing a trial commencement date of Tuesday, September 28, 2010; and

WHEREAS, lead counsel for Plaintiff subsequently determined that he has a conflict with this trial date.  Specifically, when Plaintiff's lead counsel entered into the original stipulation, he inadvertently failed to realize that he had a family weekend vacation scheduled for the weekend preceding September 29, including

1  having purchased nonrefundable plane tickets, and if the trial is set for September 29,

2  he will have to cancel that previously scheduled vacation.

3  THEREFORE, the parties jointly stipulate and propose to commence

4  trial on Tuesday, October 5, 2010 rather than September 28, 2010, with all other dates

5  identified in the July 6, 2010 Joint Stipulation remaining the same.

6

7  DATED:  July 12, 2010        JEFFER, MANGELS, BUTLER &
                                MARMARO LLP
8                               JEFFREY D. GOLDMAN
                                RYAN S. MAUCK
9

10
                                By: */s/ Ryan S. Mauck*
11                                   RYAN S. MAUCK
                                 Attorneys for Plaintiffs
12  DATED:  July 12, 2010        WINSTON & STRAWN LLP
                                MICHAEL S. ELKIN
13                              THOMAS P. LANE

14

15
                                By: */s/ Thomas P. Lane*
16                                   THOMAS P. LANE
                                 Attorneys for Defendants
17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

7139738v1

- 2 -