UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03935-GAF (JCx) | Date | July 16, 2010 |
|---|---|---|---|
| Title | Arista Records LLC et al v. Myxer Inc. et al | | |

| Present: The Honorable | GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (In Chambers)

The Court ORDERS as follows:

July 26, 2010:  The parties shall simultaneously file and serve supplemental briefing, if any, on the Summary Judgment Motion and Motion to Dismiss, not to exceed seven pages in length, along with any supporting evidence.

August 2, 2010: The parties shall simultaneously file and serve response briefs to the supplemental briefing, if any, not to exceed seven pages in length, along with any supporting evidence.

August 23, 2010 at 9:30 am hearing on Summary Judgment Motion and Motion to Dismiss.

August 30, 2010: The parties shall re-file the following Rule 16 pre-trial documents: the Pre-Trial Conference Order, Memoranda of Contentions of Fact and Law, exhibit lists, witness lists and jury instructions/verdict form. These documents shall be updated to reflect the parties and issues which remain in the case following the Court¡|s rulings on the Summary Judgment Motion and Motion to Dismiss. The parties shall also file motions in limine, and shall lodge proposed voir dire questions and an agreed-upon statement of the case.

September 7, 2010: The parties shall file oppositions to motions in limine.

September 13, 2010: The parties shall file reply papers in support of the motions in limine.

September 20, 2010 at 9;30 a.m. Pretrial Conference - Hearing on motions in limine and disputed jury instructions.

October 5, 2010 - Jury trial at 8:30 a.m.

                                                                                          :
                                                          Initials of Preparer    rf