JEFFER MANGELS BUTLER & MARMARO LLP
JEFFREY D. GOLDMAN (Bar No. 155589),
JGoldman@jmbm.com
SUSAN ALLISON (Bar No. 133448),
SAllison@jmbm.com
RYAN S. MAUCK (Bar No. 223173),
RMauck@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff UMG Recordings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, et al. | CASE NO.  CV 08-03935 GAF (JCx) |
| Plaintiffs, | The Honorable Gary A. Feess |
| v. | **DECLARATION OF JEFFREY D. GOLDMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION ON LIABILITY OR, ALTERNATIVELY, A DETERMINATION OF MATERIAL FACTS NOT GENUINELY AT ISSUE; AND IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC., et al. | |
| Defendants. | |
| | Date:           August 23, 2010<br>Time:           9:30 a.m |

PRINTED ON
RECYCLED PAPER
7173388v1