LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3935 GAF (VBKx) | Date | August 25, 2010 |
|---|---|---|---|
| Title | Arista Records LLC et al v. Myxer Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**       (In Chambers)

## CASE MANAGEMENT ORDER

The Court has now read and considered the motions of Defendants Willis, Kinnear and Harris to dismiss this case under Rule 12(b)(2) and Rule 12(b)(6), FED. R. CIV. P. The Court has determined that no hearing is necessary on those motions, and will issue a written ruling within the next 10 days denying both. The hearing now set for August 27, 2010, will focus solely on the pending motion for summary judgment and counsel should prepare accordingly.

**IT IS SO ORDERED.**