UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03935-GAF (JCx) | Date | August 27, 2010 |
|---|---|---|---|
| Title | Arista Records LLC et al v. Myxer Inc. et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Renee Fisher | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey D Goldman<br>Ryan Mauck<br>Darrin Schmidt | Michael S Elkin<br>Thomas P Lane<br>Erin Rananhan |

**Proceedings:**   MOTION HEARING (Non-Evidentiary) (Held & Completed)

1) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY OR, ALTERNATIVELY, A DETERMINATION OF MATERIAL FACTS NOT GENUINELY AT ISSUE (filed 10/19/09) [308]

Matter called.  Counsel state their appearances for the record.  Court advises counsel of the tentative ruling as stated in court and on the record on above motion and invites counsel to present their oral arguments.   Arguments by counsel are heard.  The matter is taken under submission, a written order to follow.

The Pretrial Conference and the Trial dates are VACATED in this matter which will be reset after the ruling on the motion.

IT IS SO ORDERED.

|  | 1 | : | 04 |
|---|---|---|---|
| Initials of Preparer | rf | | |