# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03935-GAF (JCx) | Date | June 20, 2011 |
|---|---|---|---|
| Title | Arista Records LLC et al v. Myxer Inc. et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Renee Fisher | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey D Goldman | Thomas P Lane |
| | Erin Rananhan |

**Proceedings:**   MOTION HEARING (Non-Evidentiary) (Held & Completed)

1) DEFENDANT RON HARRIS' MOTION FOR SUMMARY JUDGMENT (filed 5/16/11) [551]

   Matter called.  Counsel state their appearances for the record.  Court advises counsel of the tentative ruling as stated in court and on the record on above motion and invites counsel to present their oral arguments.   Arguments by counsel are heard.  The matter is taken under submission, a written order to follow.

   IT IS SO ORDERED.

|  | 00 | : | 17 |
|---|---|---|---|
| | Initials of Preparer | rf | |