Erin R. Ranahan (SBN: 235286)
Email: eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael S. Elkin (admitted *pro hac vice*)
Email: melkin@winston.com
Thomas P. Lane (admitted *pro hac vice*)
Email: tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Defendants
MYXER INC., MICHAEL "MYK" WILLIS,
SCOTT KINNEAR AND RON HARRIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No. CV 08-03935 GAF (JCx) <br><br> **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS OF PLAINTIFF UMG RECORDINGS, INC. WITH PREJUDICE AS TO MICHAEL "MYK" WILLIS, SCOTT KINNEAR AND RON HARRIS AND WITHOUT PREJUDICE AS TO MYXER INC.** <br><br> **FED. R. CIV. PRO. 41(a)** |

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for Plaintiff UMG Recordings, Inc. ("UMG") on the one hand, and the undersigned counsel for Defendants Myxer Inc. f/k/a mVisible Technologies, Inc., Michael "Myk" Willis, Scott Kinnear and Ron Harris (collectively, the "Defendants") on the other hand, that:

(1) UMG's claims against Myk Willis, Scott Kinnear and Ron Harris be dismissed *with prejudice* pursuant to pursuant to Fed.R.Civ.Pro. 41(a), without costs or attorneys' fees to UMG and/or Defendants and with none of UMG and/or Defendants as a prevailing party; and

(2) UMG's claims against Myxer Inc. be dismissed *without prejudice* pursuant to Fed.R.Civ.Pro. 41(a) without costs or attorneys' fees to UMG and/or Defendants and with neither UMG and/or Defendants as a prevailing party. The parties further stipulate and request that the Court retain jurisdiction for the limited purpose of allowing the parties to file a subsequent stipulation effecting the dismissal of Myxer Inc. *with prejudice* on or around ninety-one days following the date hereof, upon the occurrence of certain contractual conditions between the parties that require in part that Myxer Inc. provide to UMG written verification that no insolvency proceeding that may give rise to a disgorgement repayment is filed or otherwise initiated by or against Myxer during a specified period. Until the filing of the subsequent stipulation, Myxer shall be dismissed without prejudice.

Dated: August 4, 2011

JEFFER, MANGELS, BUTLER & MITCHELL LLP
JEFFREY D. GOLDMAN

By: _____
Jeffrey D. Goldman
Attorneys for Plaintiff

JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS OF UMG

NY:1270214.14

| | |
|---|---|
| Dated: August 4, 2011 | **WINSTON & STRAWN LLP**<br>MICHAEL S. ELKIN<br>THOMAS P. LANE<br>ERIN R. RANAHAN<br><br>By: _/s/ Erin R. Ranahan_<br>Erin R. Ranahan<br>Attorneys for Defendants |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

---

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS OF UMG**

NY:1270214.14