1  Erin R. Ranahan (SBN: 235286)
   Email: eranahan@winston.com
2  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
3  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  Michael S. Elkin (admitted *pro hac vice*)
   Email: melkin@winston.com
6  Thomas P. Lane (admitted *pro hac vice*)
   Email: tlane@winston.com
7  **WINSTON & STRAWN LLP**
   200 Park Avenue
8  New York, New York 10166
   Telephone: (212) 294-6700
9  Facsimile: (212) 294-4700

10 Attorneys for Defendant
   MYXER INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company, *et al.* | Case No. CV 08-03935 GAF (JCx) |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS OF PLAINTIFF UMG RECORDINGS, INC. WITH PREJUDICE AS TO MYXER INC.** |
| v. | |
| MYXER INC., f/k/a mVISIBLE TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | **FED. R. CIV. P. 41(a)** |

---

JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS OF UMG AGAINST MYXER
WITH PREJUDICE -- CV 08-03935 GAF(JCx)

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Plaintiff UMG Recordings, Inc. ("UMG") on the one hand, and the undersigned counsel for Defendant Myxer Inc. f/k/a mVisible Technologies, Inc., ("Myxer Inc.") on the other hand, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant to the Joint Stipulation of Dismissal of All Claims of Plaintiff UMG Recordings, Inc. filed on August 4, 2011, the claims of UMG in Case No. CV08-03935 (GAF) (JCx) against Myxer Inc. are hereby dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a), without costs or attorneys' fees to UMG and/or Myxer Inc. and with neither UMG and/or Myxer Inc. as a prevailing party.

Dated: November 3, 2011

JEFFER, MANGELS, BUTLER & MITCHELL LLP
JEFFREY D. GOLDMAN

By: _____
Jeffrey D. Goldman
Attorneys for Plaintiff

Dated: November 3, 2011

WINSTON & STRAWN LLP
MICHAEL S. ELKIN
THOMAS P. LANE
ERIN R. RANAHAN

By: _____
Erin R. Ranahan
Attorneys for Defendant

1

JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS OF UMG AGAINST MYXER WITH PREJUDICE

NY:1270214.14