Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company; et al., | **Case No. CV 08-03935 GAF(JCx)** |
| Plaintiffs, | Hon. Gary A. Feess |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ALL CLAIMS OF PLAINTIFF UMG RECORDINGS, INC. WITH PREJUDICE AS TO MYXER INC.** |
| MYXER INC., f/k/a/ mVISIBLE TECHNOLOGIES, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

1         Upon consideration of the parties' Joint Stipulation of Dismissal of All Claims

2 of Plaintiff UMG Recordings, Inc. ("UMG") With Prejudice as to Myxer Inc., and

3 given that the Court has retained jurisdiction over this matter until such time as the

4 parties submitted a dismissal with prejudice of Myxer Inc. in accordance with the

5 terms set forth in the Joint Stipulation of Dismissal of All Claims filed by the parties

6 on August 4, 2011, and good cause appearing therefore,

7         IT IS HEREBY ORDERED THAT:  UMG's claims against Myxer Inc. are

8 dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), without costs or attorneys'

9 fees to UMG and/or Myxer Inc. and with neither UMG nor Myxer Inc. as a prevailing

10 party.

11

12 Dated: _____     _____

13                                      Hon. GARY A. FEESS
                                     U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

[PROPOSED] ORDER GRANTING **STIPULATION OF DISMISSAL OF ALL CLAIMS OF UMG AGAINST MYXER INC. WITH PREJUDICE -- CV 08-03935 GAF(JCx)**