Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MYXER INC., f/k/a/ mVISIBLE TECHNOLOGIES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. CV 08-03935 GAF(JCx)**<br><br>Hon. Gary A. Feess<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ALL CLAIMS OF PLAINTIFF UMG RECORDINGS, INC. WITH PREJUDICE AS TO MYXER INC.** |

1  Upon consideration of the parties' Joint Stipulation of Dismissal of All Claims
2  of Plaintiff UMG Recordings, Inc. ("UMG") With Prejudice as to Myxer Inc., and
3  given that the Court has retained jurisdiction over this matter until such time as the
4  parties submitted a dismissal with prejudice of Myxer Inc. in accordance with the
5  terms set forth in the Joint Stipulation of Dismissal of All Claims filed by the parties
6  on August 4, 2011, and good cause appearing therefore,

7  IT IS HEREBY ORDERED THAT:  UMG's claims against Myxer Inc. are
8  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), without costs or attorneys'
9  fees to UMG and/or Myxer Inc. and with neither UMG nor Myxer Inc. as a prevailing
10 party.

Dated:   November 16, 2011          _____
                                     Hon. GARY A. FEESS
                                     U.S. District Court Judge

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**